IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| ZACHARIAH J PHILLIPS<br>BOBBIE JO PHILLIPS | CASE NO. 11-51417 |
| Debtor(s) | HON. MARILYN SHEA-STONUM<br>BANKRUPTCY JUDGE |

REQUEST FOR NOTICE TO CREDITORS

To the Clerk, United States Bankruptcy Court:

It appears to the Trustee that there will be assets for distribution in the above-captioned matter.

Please issue notice to creditors to file claims.


Date: June 15, 2011                           /s/ Marc P. Gertz
                                              Marc P. Gertz, #0003808
                                              Chapter 7 Trustee
                                              Goldman & Rosen, Ltd.
                                              11 S. Forge St.
                                              Akron, OH  44304
                                              (330) 376-8336 - Phone
                                              (330) 376-2522 – Fax
                                              mpgertz@goldman-rosen.com